

**MEMO ENDORSED**

George Latimer
County Executive

Office of the County Attorney

John M. Nonna
County Attorney

December 12, 2019

**VIA ECF**
Hon. Kenneth M. Karas
United States District Judge
Southern District of New York
The Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, N.Y. 10601

### Re: Bonds v. Westchester County, et al., 19-cv-1712 (KMK)

Dear Judge Karas:

This office represents the Defendants County of Westchester, Department of Correction, County Executive George Latimer, Commissioner of Correction Joseph Spano, Deputy Commissioner Justin Pruyne, Warden Leandro Diaz, Warden Walter Moccio, Captain Steven Yankowski, Captain Wendell Smiley, Captain Chris Thomalen, Captain Shivaun Carden, and Captain Van Lierop ("County Defendants") in the above-referenced matter.

As set forth in your Order dated December 2, 2019, you set the following briefing schedule for the County Defendants' motion to dismiss Plaintiff's Amended Complaint: Motions due by 1/4/2020; responses due by 2/4/2020; replies due by 2/25/2020. Due to travel obligations, I am requesting that the briefing schedule be extended to the following: Motions due by 1/24/2020; responses due by 2/24/2020; replies due by 3/17/20. Counsel for Plaintiff consents to this request. This is the first request for an extension.

I thank you in advance for your time and consideration of this matter, and should your staff need to contact me, I can be reached at (914) 995-3637.



Respectfully submitted,

Loren Zeitler
Assistant County Attorney

TO: All Attorneys of Record (*via ECF*)

Granted.
So Ordered.

KMK
12/12/19