

**MEMO ENDORSED**

George Latimer
County Executive

Office of the County Attorney

John M. Nonna
County Attorney

September 28, 2022

**VIA ECF**
Hon. Kenneth M. Karas
United States District Judge
Southern District of New York
The Charles L. Brieant Jr. Courthouse
300 Quarropas Street
White Plains, N.Y. 10601

Re:  Bonds v. The Municipality of Westchester County, et al., 19-cv-1712 (KMK)

Dear Judge Karas:

This office represents Defendant Westchester County in the above-referenced action. We write jointly with Plaintiff's counsel to request an adjournment of the status conference before Your Honor that is scheduled for October 4, 2022 at 12:00 p.m. A status conference before Magistrate Judge Krause is currently scheduled for October 17, 2022 at 10:30 a.m.

On September 9, 2022, you granted a 45-day extension of time to complete fact discovery. (Dkt. 99); the new fact discovery deadline is October 31, 2022. Accordingly, we request an adjournment of the status conference to a date after the close of fact discovery. Additionally, in light of the extension to complete discovery, we respectfully request that the deadline to file a pre-motion letter be extended from its current deadline of October 6, 2022 to a date after the close of discovery in this matter.

I thank you in advance for your time and consideration of this matter, and should your staff need to contact me, I can be reached at (914) 995-3637.

Granted. The conference is adjourned to 11/17/22, at 2:00. The pre-motion deadlines are moved accordingly. There will be no more extensions of the discovery deadline.

So Ordered.
/s/ KMK
9/28/22

Respectfully submitted,

/s/ Loren Zeitler

Loren Zeitler
Senior Assistant County Attorney

cc: All Attorneys of Record (*via ECF*)